## TOUART v. FAITH, ET AL.
(Decided November 13, 1913.)

APPEAL from Mobile Law and Equity Court.

Heard before Hon. SAFFOLD BERNEY.

No counsel marked for either party.

Per curiam. Affirmed on certificate.